IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | : |
| | :  CRIMINAL ACTION |
| v. | : |
| | :  No. 08-271 |
| DAMIAN HICKS, *et al.* | : |

### ORDER

AND NOW, this **23rd** day of **September**, **2009**, upon consideration of Defendants' Motion to Dismiss Count One of the Indictment for Lack of Federal Subject Matter Jurisdiction, and the Government's response thereto; Defendants' Motion to Suppress Physical Evidence, the Government's response thereto, all replies thereon, following a hearing conducted on September 4, 2009, and for the reasons provided in this Court's Memorandum dated September 23, 2009, it is hereby **ORDERED** that:

1. The Motion to Dismiss Count One of the Indictment for Lack of Federal Subject Matter Jurisdiction (Document No. 36) is **DENIED**.

2. The Motion to Suppress Physical Evidence (Document No. 37) is **GRANTED**.

BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**